\*\*E-Filed 3/29/2012\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADNAN ANJUM KHAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN RAUL LOPEZ,<br><br>　　　　Defendant. | Case No. 5:10-cv-03949-JF<br><br>ORDER ADMINISTRATIVELY<br>TERMINATING MOTIONS<br><br>[re: dkt. entries 4, 5 ] |

　　　　The docket in this case indicates that the undersigned continues to preside over the matter although in fact Petitioner's pending motions (Dkt. Entries 4 and 5) have been reassigned to District Judge Edward J. Davila. For administrative reasons, the motions will be terminated on the ground that they are not pending before the undersigned. Court staff has confirmed with Judge Davila's chambers that Judge Davila is aware of the motions and that the administrative termination of the motions does not affect them in any substantive way. Judge Davila will address the motions in due course.

1    Accordingly, Petitioner's pending motions are hereby administratively terminated.
2    IT IS SO ORDERED.
3
4    DATED:  March 29, 2012
5    _____
     JEREMY FOGEL
     United States District Judge