1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ADNAN ANJUM KHAN,                    )        No. C 10-03949 JF (PR)
                                     )
                Petitioner,          )        [proposed] **ORDER**
                                     )        **PERMITTING SUBSTITUTION**
        vs.                          )        **OF COUNSEL**
                                     )
RAUL LOPEZ, Warden,                  )
                                     )
                Respondent.          )
_____)

        FOR GOOD CAUSE SHOWN, Petitioner's motion to substitute Marc Zilversmit as his

counsel is GRANTED.

Dated: ____April 3, 2012____          _____

                                      Hon. Edward J. Davila
                                      U.S. District Court Judge