IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADNAN ANJUM KHAN,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>RAUL LOPEZ,<br><br>　　　　　Defendant(s). | CASE NO. 5:10-cv-03949 JF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE**<br><br>[Docket Item No(s). 5] |

On September 2, 2010, Plaintiff Adnan Anjum Khan ("Plaintiff") commenced the above-entitled case by filing a Petition for Writ of Habeas Corpus challenging his state court conviction pursuant to 28 U.S.C. § 2254. See Docket Item No. 1. This case as thereafter stayed in favor of a related proceeding pending before the California Supreme Court. See Docket Item No. 3.

Having since retained counsel, Plaintiff now moves to reopen this case and dissolve the previously-imposed stay. See Docket Item No. 5. Plaintiff's counsel indicates that the California Supreme Court denied Plaintiff relief on June 8, 2011.

Accordingly, Plaintiff's motion to reopen and dissolve the stay is GRANTED. To the extent such order is still necessary, Plaintiff's additional request for an extension of time to file an amended petition is also GRANTED. The Clerk of the Court shall reopen this case and reassign it as appropriate pursuant to this District's assignment plan.

**IT IS SO ORDERED.**

Dated: April 13, 2012

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

CASE NO. 5:10-cv-03949 JF
ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE