**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADNAN KHAN,

    Petitioner,

  v.

RAUL LOPEZ,

    Respondent.
                               /

No. C 10-3949 SI

**ORDER TO SHOW CAUSE**

    In an order filed April 13, 2012, Judge Davila granted petitioner's motion to lift the stay and reopen this case, and on the same day this case was reassigned to the undersigned judge.

    The Court finds that the claims raised in the amended petition are cognizable in a federal habeas action. The clerk shall serve by certified mail a copy of this order, the amended petition and all attachments thereto upon respondent and respondent's attorney, the Attorney General of the State of California. The clerk shall also serve a copy of this order on petitioner and petitioner's counsel at the mailing address provided.

    Respondent must file and serve upon petitioner, on or before **July 20, 2012**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the transcript that have been previously transcribed and that are relevant to a determination

of the issues presented by the petition. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondent on or before **August 24, 2012**.

**IT IS SO ORDERED.**

Dated: April 24, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE