IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADNAN KHAN,

    Petitioner,

  v.

RAUL LOPEZ,

    Respondent.
                         /

No. C 10-3949 SI

**ORDER RE: SERVICE AND SETTING NEW BRIEFING SCHEDULE**

On April 24, 2012, the Court issued an Order to Show Cause, finding that the claims raised in the amended petition are cognizable in a federal habeas action, and directing the clerk to serve by certified mail a copy of this Order to Show Cause, the amended petition and all attachments thereto upon respondent and respondent's attorney, the Attorney General of the State of California. It has come to the attention of the Court that such service was never effected.

Accordingly, the Court directs the clerk to serve the above-mentioned documents by certified mail upon respondent and respondent's attorney, the Attorney General of the State of California. The clerk shall also serve a copy of this order and the Order to Show Cause on petitioner and petitioner's counsel at the mailing address provided.

The Court sets a new briefing schedule as follows. Respondent must file and serve upon petitioner, on or before **November 2, 2012**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the transcript that have been previously

1 transcribed and that are relevant to a determination of the issues presented by the petition. If petitioner
2 wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on
3 respondent on or before **January 4, 2013**.

5     **IT IS SO ORDERED.**

7 Dated: August 6, 2012

                                    SUSAN ILLSTON
                                    United States District Judge