**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADNAN KHAN,                                                    No. C 10-3949 SI

            Petitioner,                          **JUDGMENT**

   v.

RAUL LOPEZ, Warden,

           Respondent.
                                         /

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 5, 2013

SUSAN ILLSTON
United States District Judge